

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 3 0 2006
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

**v.**

**Criminal Action No.
05-CR-429 (NAM)**

**EDWIN MONTANEZ,**

**Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 05-CR-429.

The reason(s) for this dismissal are (check one or more):

___ Case transferred to another District

___ Speedy Trial Act

___ Defendant's cooperation

___ Insufficient evidence at this time

__X__ Other: <u>The defendant was indicted on a related case on August 16, 2006, Indictment Number 06-CR-315.</u>

With respect to this dismissal, defendant (check one):

_X_  Consents

___  Objects

___  Has not been consulted

>GLENN T. SUDDABY
>United States Attorney
>
>By:  Ransom P. Reynolds
>     Assistant U.S. Attorney
>     Bar Roll No. 512035

Leave of court is granted for the filing of the foregoing dismissal.

Dated:
Syracuse, New York

Hon. Norman A. Mordue
Chief United States District Judge

2